# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00638-CV

**Stacie Linn Fox, Appellant**

**v.**

**James Fox and Gail Fox, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 173,465-A, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed an unopposed motion to dismiss her appeal advising that she no longer desires to pursue this appeal.

The appeal is dismissed on motion of appellant. Tex. R. App. P. 42.1(a)(2).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Appellant's Motion

Filed:   December 4, 2003